**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **GLENNA RUTH HELMS** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Missouri** (State) |
| Case Number: | **16-49155** |

# Form 4100N
## Notice of Final Cure Payment                                                     10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** HOME POINT FINANCIAL CORP  
**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account    5  2  6  0

**Property Address:**  7111 BECKER RD  
ST LOUIS, MO  63129-5680

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                   **Amount**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 212.02 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 212.02 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. | Allowed postpetition arrearage: | (e) $ | -0- |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 212.02 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

Current monthly mortgage payment                                                          $ _____

The next postpetition payment is due on    __/__/____  
MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

---

Form 4100N                                       **Notice of Final Cure Payment**                                       page 1

| Debtor 1 | **GLENNA RUTH HELMS** | Case number *(if known)* | **16-49155** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Diana S. Daugherty    Date 01/21/2021
Signature

Trustee    Diana S. Daugherty

Address    Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

Contact phone  (314) 781-8100    Email  trust33@ch13stl.com

| Debtor 1 | GLENNA RUTH HELMS | Case number *(if known)* | 16-49155 |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | STONEGATE MORTGAGE CO | Mortgage Arrearage | 04/29/2017 | 2004227 | Principal Paid | 17.68 |
| 3 | STONEGATE MORTGAGE CO | Mortgage Arrearage | 05/31/2017 | 2006604 | Principal Paid | 3.63 |
| 3 | STONEGATE MORTGAGE CO | Mortgage Arrearage | 06/30/2017 | 2008962 | Principal Paid | 3.63 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 08/31/2017 | 2012684 | Principal Paid | 5.61 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 09/30/2017 | 2014974 | Principal Paid | 4.41 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 10/31/2017 | 2017211 | Principal Paid | 3.99 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 11/30/2017 | 2019500 | Principal Paid | 5.46 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 12/30/2017 | 2021805 | Principal Paid | 3.15 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 01/31/2018 | 2023986 | Principal Paid | 5.01 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 02/28/2018 | 2026176 | Principal Paid | 5.21 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 03/31/2018 | 2028435 | Principal Paid | 5.33 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 04/30/2018 | 2030683 | Principal Paid | 5.40 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 05/31/2018 | 2032893 | Principal Paid | 5.44 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 06/30/2018 | 2035102 | Principal Paid | 5.47 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 07/31/2018 | 2037269 | Principal Paid | 4.56 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 08/31/2018 | 2039494 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 09/29/2018 | 2041616 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 10/31/2018 | 2043740 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 11/30/2018 | 2046478 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 12/28/2018 | 2048654 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 01/31/2019 | 2050717 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 02/28/2019 | 2052797 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 03/26/2019 | 2052797 | Cancelled Check To Creditor | -4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 03/30/2019 | 2054882 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 04/30/2019 | 2056995 | Principal Paid | 8.84 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 05/13/2019 | 2056995 | Cancelled Check To Creditor | -8.84 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 05/13/2019 | 2056995 | Cancelled Check To Creditor | 8.84 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 05/13/2019 | 2056995 | Cancelled Check To Creditor | -8.84 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 05/13/2019 | 0500796 | Manual Check To Creditor/P | 8.84 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 05/28/2019 | 0500796 | Cancelled Check To Creditor | -8.84 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 05/28/2019 | 0500808 | Manual Check To Creditor/P | 8.84 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 05/31/2019 | 2059167 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 06/29/2019 | 2061334 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 07/31/2019 | 2063495 | Principal Paid | 4.42 |
| 3 | HOME POINT FINANCIAL COR | Mortgage Arrearage | 08/31/2019 | 2065616 | Principal Paid | 75.00 |
| | | | | | **Total for Part 2 - b:** | **212.02** |

| Debtor 1 | GLENNA RUTH HELMS | Case number *(if known)* | 16-49155 |
|---|---|---|---|
| | Name | | |

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 21, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on January 21, 2021.

GLENNA RUTH HELMS
7111 BECKER RD
SAINT LOUIS, MO  63129-5680

HOME POINT FINANCIAL CORP
11511 LUNA RD
STE 300
FARMERS BRANCH, TX  75234

SOTTILE & BARILE LLC
394 WARDS CORNER RD
STE 180
LOVELAND, OH  45140

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee